**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 19-cv-01850-NYW

JONATHAN SANDERS, *individually and on behalf of all others similarly situated*,

    Plaintiff,

v.

GLENDALE RESTAURANT CONCEPTS, LP,

    Defendant.

---

**MINUTE ORDER**

---

Entered by Magistrate Judge Nina Y. Wang

    This matter comes before the court on Plaintiff's "Joint Motion for Order to Approve Amended Notice Documents" (the "Motion"), which seeks conditional certification and notice pursuant to 29 U.S.C. § 216(b). [#35, filed December 20, 2019]. Pursuant to the Order of Reference dated November 5, 2019 [#30], this civil action was assigned to the undersigned Magistrate Judge for all purposes. *See* 28 U.S.C. § 636(c); Fed. R. Civ. P. 73; D.C.COLO.LCivR 72.2. The court has carefully reviewed the Motion and associated briefing, the entire case file, and the applicable law. For the reasons stated herein, the **court GRANTS IN PART and DENIES IN PART** the Motion.

    On November 27, 2019, Plaintiff filed a Motion for Conditional Certification and Notice to Class Members. *See* [#33]. This court granted in part and denied in part Plaintiff's Motion for Conditional Certification and Notice to Class Members, and instructed the Parties to file a Motion to Approve Notice and Consent to Join Form with a mutually acceptable amended Notice and Consent to Join Form—consistent with the court's Order—by December 23, 2019. *See* [#34]. Subsequently, Plaintiff filed the instant Motion.

    Upon review of the instant Motion and the Proposed Notice and Consent to Join Form attached thereto, I conclude that the Parties have sufficiently amended the Notice and Consent to Join Form in all but one respect. Specifically, the Parties must amend Section 6 of the Proposed Notice to include the following underlined language: ". . . You will not be required to pay attorney's fees directly <u>should you choose to be represented by the Sanford Law Firm</u>." *See* [#35-1 at 2].

    Therefore, **IT IS ORDERED** that:

    (1)    Plaintiff's Motion [#35] is **GRANTED IN PART and DENIED IN PART**;

2

(2)     Plaintiff may proceed with the mailing of the Notice [#35-1], as amended in Paragraph (1) and Consent [#35-2], to the potential members of the FLSA collective; text the Text of Electronic Notice [#35-3] and Electronic Consent [#35-4] to the potential members of the FLSA collective. **No later than January 17, 2020**, Plaintiff shall file with the court a Notice of mailing that indicates the date the Notices and Consent Forms are first mailed and/or emailed by Plaintiff's counsel, so that the court may calculate the appropriate deadline for opting in.

DATED: January 3, 2020