AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| JONATHAN SANDERS,<br>*Plaintiff*<br>v.<br>GLENDALE RESTAURANT CONCEPTS, LP,<br>*Defendant* | )<br>)<br>)  Civil Action No.  19-cv-01850-NYW<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other: Summary judgment is entered in FAVOR of Glendale and AGAINST Plaintiff, and Mr. Sanders's claims are DISMISSED with prejudice;
Final Judgment is entered in FAVOR of Glendale and AGAINST Mr. Sanders;
Defendant, as the prevailing party, is awarded its costs pursuant to Rule 54(d)(1) of the Federal Rules of Civil Procedure and D.C.COLO.LCivR 54.1;   .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge  NINA Y. WANG  on a motion for  Summary Judgment  in the MEMORANDUM OPINION AND ORDER [61] issued September 17, 2020.   .

Date:  09/17/2020

*CLERK OF COURT*

s/ B.Wilkins

*Signature of Clerk or Deputy Clerk*